**Jesse Lee ROBINSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 55014.**

Missouri Court of Appeals,
Western District.

June 23, 1998.

Amy M. Bartholow, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, C.J., and BRECKENRIDGE and SMART, JJ.

## ORDER

PER CURIAM:

Jessie Robinson appeals the dismissal of his Rule 24.035 motion for postconviction relief without an evidentiary hearing. Mr. Robinson sought to vacate his conviction for possession of a controlled substance, section 195.202, RSMo 1994, and sentence of three years imprisonment. The judgment of the motion court is affirmed. Rule 84.16(b).